HELEN McGEE, Respondent, v. MANHATTAN BRIDGE THREE-CENT LINE, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.  Present — Jenks, P. J., Thomas, Carr, Stapleton and Rich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN A. DOLAN and JOHN T. MADDOCK, Relators, v. ARTHUR WOODS, as Police Commissioner of the City of New York, Respondent.— Determination as to each of the relators confirmed and writs dismissed, with fifty dollars costs and dis-bursements.  No opinion.   Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT W. DUVALL, Appellant, v. JAMES H. COCKS, as Supervisor of the Town of Oyster Bay, Nassau County, New York, Respondent.  (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements.  No opinion.   Jenks, P. J., Thomas, Carr, Mills and Rich  JJ., concurred.

ROBERTS, NASH & COMPANY, Respondent. v. NASSAU AND SUFFOLK LIGHTING COMPANY, Appellant.— Judgment affirmed, with costs.  No opinion.   Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

THOMAS VARLEY, Respondent, v. O. J. MOUSSETTE COMPANY, Appel-lant.— Judgment and order unanimously affirmed, with costs.  No opin-ion.   Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

LENO VOLPONI, Appellant, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.— Judgment and order reversed and new trial granted, costs to abide the event, because of error in the charge at folio 450.  The action was brought under the Labor Law.* Though the hook in question was perfect mechanically, the question whether it was defective, considered in the light of its use, was to be decided by the jury.  (*Lipstein* v. *Provident Loan Society*, 154 App. Div. 732; *Sullivan* v. *Greenhut-Siegel, Cooper Co.*, 155 id. 391.)  Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

EDWIN C. WARD, as Trustee in Bankruptcy, etc., of the EUREKA TRUNK LOCK MANUFACTURING COMPANY, Appellant, v. THOMAS H. CAMPION, Respondent.— Judgment affirmed, with costs.  No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

WILLIAM GUGGENHEIM, Plaintiff, v. ISAAC GUGGENHEIM and Others, Defendants.— Motion for rehearing denied, without costs.  The motion for the stay was denied, without intention to preclude either party from application to the Trial Term for a postponement or a continuance, and without intention to interfere with the absolute control of the justice pre-siding at said term over the calendar before him.   Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

CHARLES V. BARKER, Appellant, v. FRANCES E. BARKER and Others, Defendants.  MAUD ARCHER and Others, Appellants; PAULINE MAY and

---

* See Consol. Laws, chap. 31 (Laws of 1909, chap. 36), art. 14, as amd. by Laws of 1910, chap. 352.— [REP.